KEYSTONE LUMBER COMPANY, Respondent, vs. THE FIRST NATIONAL BANK OF ASHLAND, Intervener, Appellant.

*November 20 — December 15, 1891.*

*Fish Creek B. & L. D. Co. v. First Nat. Bank, ante,* p. 630, followed.

APPEAL from the Circuit Court for *Ashland* County.

For the appellant there was a brief by *Tomkins & Merrill,* and oral argument by *W. M. Tomkins.*

For the respondent there was a brief by *Lamoreux, Gleason, Shea & Wright,* and oral argument by *E. F. Gleason.*

COLE, C. J. This is an action to enforce a lien for towing logs. The facts are the same as those in the case of Fish Creek Boom & Log Driving Company against the same defendants, *ante,* p. 630. Upon these facts, the plaintiff has no right to enforce the lien upon the property which the circuit court gave it.

*By the Court.*— The judgment of the circuit court, therefore, giving a lien upon the property on the verdict is reversed, and the cause is remanded for a new trial of the issue between the plaintiff and the bank.